IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02396-RM-MEH

MEDESET WORKALEMAHU,

    Plaintiff,

v.

HERITAGE CLUB,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 9, 2014.**

    Defendant's unopposed[1] Motion to Vacate Scheduling Conference [filed December 1, 2014; docket #22] is **granted** as follows. For good cause shown and in the interest of judicial efficiency, the Scheduling Conference currently set in this case for December 16, 2014 is **vacated** and the proceedings of this case are temporarily **stayed** pending resolution of the Defendant's motion to compel arbitration, to which the Plaintiff did not respond.

---

[1] The Court ordered that the Plaintiff file a response to the motion on or before December 8, 2014; however, the Plaintiff filed no response.